IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Henry Ford, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Willie James Clyburn, Excell Harris, and )<br>Bluelinx Corporation, )<br>)<br>Defendants. ) | CIVIL ACTION NO: 4:13-cv-1533-RBH<br><br><br><br><br>**CONSENT ORDER OF REMAND** |

Plaintiff Henry Ford and Defendants Excell Harris and BlueLinx Corporation, the true party in interest, by and through the undersigned counsel, hereby files this Consent Order of Remand and agree to remand this matter to the Court of Common Pleas for Chesterfield County, South Carolina. This Order is without prejudice to the right of any party to remove this or a related matter in the future.

**IT IS SO ORDERED.**

s/ R. Bryan Harwell
R. BRYAN HARWELL
United States District Court Judge

Florence, South Carolina
June 27, 2013

Respectfully Submitted:

COLLINS & LACY, P.C.

/s/ Christian Stegmaier
Christian Stegmaier, Esquire
Claude T. Prevost, Esquire
PO Box 12487
Columbia, SC  29211

ATTORNEYS FOR DEFENDANTS BLUELINX CORPORATION AND EXCELL HARRIS

Respectfully Submitted:

COCKRELL LAW FIRM, P.C.

/s/ Sarah E. Crawford
Sarah E. Crawford, Esquire
Barrister Building Olde Towne Center
159 Main Street
Chesterfield, SC  29709

ATTORNEYS FOR PLAINTIFF

1

2

Respectfully Submitted:

HARRIS, McLEOD & RUFFNER


/s/ C. Anthony Harris, Jr._____
C. Anthony Harris, Jr., Esquire
PO Box 1449
Cheraw, SC  29520

ATTORNEYS  FOR  DEFENDANT  WILLIE JAMES CLYBURN

2